

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed May 27, 2010**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case Number: 10-41750-DML |
| | § | |
| ROBERT FRANCIS ISOM | § | Chapter 13 |
| JENNIFER ANGELL ISOM | § | |
| | § | JUDGE DENNIS MICHAEL LYNN |

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2009-03
### (NOI-341)

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtor(s) **failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy code or any continued Section 341 Meeting which the Trustee required the Debtor(s) to attend**, and 3 business days written notice of such failure was given to Debtor(s) and the Attorney for Debtor(s), if any, prior to submission hereof:

**IT IS THEREFORE, ORDERED,** that this case is **DISMISSED** without prejudice pursuant to General Order 2009-03 paragraph 3c **PROVIDED** that if, within 10 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

/s/ Tim Truman
_____
Tim Truman, Trustee/State Bar # 20258000